WILLIAM DOUGLAS MOORE, EXECUTOR, ETC., APPEL-
LANT, v. NEWTON A. K. BUGBEE, STATE COMPTROL-
LER; RESPONDENT.

Submitted October 29, 1925—Decided December 2, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 3 *N. J. Mis. R.* 435.

For the appellant, *Andrew Foulds, Jr.*

For the respondent, *Edward L. Katzenbach,* attorney-gen-
eral.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the court
below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PAR-
KER, KATZENBACH, GARDNER, VAN BUSKIRK, MCGLENNON,
KAYS, HETFIELD, JJ. 9.

*For reversal*—None.